

1  Melanie C Latronica, Pro Se(moving)
2  2330 Pleasanthill Rd. # 20
   Pleasanthill, CA 94523/Modesto CA, 95350
   (209)531-7005
3



4           In The United States District Court
5               Eastern District of California
6
7  Melanie C Latronica, Pro Se        2:12-CV-1592 KJM EFB PS
           Plaintiff                   Complaint/Tort: Mandatory
8    VS.                              Emergency Protective Order
                                       Permenant Injunction Exhaustion
9                                      Of Remidies, Conspiracy, Hearing
   Barack Hasan Oboma and              and Restitution,& FBI MICONDUCT.
10 Contra Costa County,
           Defendants
11
12       -COMPLAINT/INTENTIONAL TORT/MANDATORY INJUNCTION-
13
14     I Plaintiff Melanie C Latronica plead for an emergency
15 protective oder, as well as Civil remedy **U.S. code 1595. U.S. codes**
16 **Federal Title 18 241, 242**, The Deprivation of rights Civil and
17 Human. To conspire and use internal technology to unlawfully
18 deprive a person of there rights and privalages protected by the
19 consitution. **242** makes it a crime to conspire against a persons
20 rights in order to injure, threaten, and or intimate restricting
21
22 the free exercise of free will.
23     Also, **The statute of limitations** may be suspended where a person
24 entitled to sue can't have discovered the cause of action because
25 of a **lack of knowledge of the situation and circumstances**
26 **resulting from psycological trauma from technology and the**
27 **inability to access services as well as cyber slavery**. Someone
28

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

elses thinking and mind on mine not my thinking not my mind. Virtual reality can overide someones free will. I don't yell and scream and I'm not mad and or angry. I love my Country. I see wonderfull families everyday. Families with a purpose. Families that are accountable to God not to man and or technology.

**The Federal Tort Claims Act** removes immunity from the President and does allow a complaint and law suit when all acts of misconduct are intentional and meciless. The Federal Tort Claims Act can also allow a mandatory injunction and restitution when the President is obligated to comply with all laws and he took an oath before the entire country to honor those laws. **The Federal Tort Claims Act Statute** removes President Barack Hasan Obamams immunity and enables and authorizes tort suits to be brought against itself.

**Title 18 sec. 1581** makes it unlawfull for a person to hold a person in debt, servitude, and or slavory, **Title 18 sec. 1801** invasion of privacy using technoloy, video, or voyeurism a crime. **Title 18 sec. 2340** makes terrorism a crime, **Title 18 sec. 2340** makes torture a federal crime. Technology can never be authorized. Kidnapping and anauthorized dental and medical malpractices.

Your Honor this is a complaint, motion, brief, and affidavit all in one, as you know my income is not allowing me to do much. I've exhausted all remedies. I ask that you please honor my rights. I'm not a criminal. I'll never be a criminal. I love my life, and I love my family. I don't want my family destroyed by faulty FBI

misconduct because of technology, sim cards(chips) one word can throw off a whole sentence. There's sublimanl messaging, visual perception, brain implants, spinal inplants threw the belly button and down the throat, the cerebral cortex and neoro chip. It's all illegal. Back in 2009-2011 I was sending stuff to the civil rights department in washington begging them to honor my rights. I sent everything to Kevin Calahan. I had no resources, on a bike.

I came to contra costa county because of Mark Churchill. I am not a drug addict, and deception and trickery was used so that the (2 sold to) (President) can get away with what he's done. I'm NOT comdemnd. I'm Not guilty of gross gross immurality. (If I was slipped a seditive I'm 4-10-11 - 9-14-11 not aware.) That is the truth. I don't have split personalities, I am one mind one body one soul. I want to get married and I know that to wait for the wedding night, I'm not guilty of rape. I was assaulted at the coolage apartments and was slipped a roofy. I have never had that experience before that I know of. Yet the cybernetic violater had my thinking as casual. I don't think that way and although I am so mercilful I am not a trouble maker and being a victim of cybernetics I although have self control they overided my thinking. Mark Churchill's friend sunny had a micro chip and I saw it.

All laws prohibit whats gone on against me and I'm tired of being punished for someone else and or there consequences because of lies or misunderstandings.

Your Honor you know that if two people are technically violated and a car is and someone gets hit because of technology all is a victim. People do not deliberately commit an act that's going to hinder and or take the life of a human being. The Constituion prohibits cruel and unusual punishment as well as the right to be protected by the law and the laws that are mandatory. I'm a law abiding citizen. I love the laws. When trying to get a hold of the FBI about mass misconduct my phone line has always been intercepted and I couldn't get through to anyone, and that also includes my mail.

### Points and Authorities

The Ralph and Bane acts forbids the interference by force or threat of force with an individuals constitution and or statutory rights. (21.02 Governing Statutes: Civil actions for assault and battary are based on Civil code 43 which states that every person is subject to the qualifications and restrictions provided by law, the right to protection from bodily restraint or harm(Lowry v. Standard Oil Co. (1944)63 Cal. App. 2d 1, 7, 146 P. 2d 57) Also premeditation constitutes a willfull, intentional, and unlawful use of force and or violance on the plaintiff. The defendants are liable for their conduct and their actions(Newman v. Larsen (1964) 225 Cal. App. 2b 22, 24, 36 Cal. Rptr. 883)The nature of the defendant's crimes against me are reckless and an endangerment and a disregard for my life and my right to safety. Governing Statutes

(21.23) support contention that the defendants are liable for battery where unauthorized medical and or dental treatment is the violation. Treatment without my consent, constitutes battery(Estrdy v. Orwitz(1946)75cal.

**Constitutional law:** I have the absolute right to privacy. Federal and State laws prohibit the use of any form of technology that violates the right to privacy. **Federal Law 18 U.S.C 1001** authorizes prosecution, penelties and fines and or imprisonment of whoever in any matter within the jurisdiction of any department or agency U.S. knowingly and willfully falsifies, conceals or covers up by any **trick, scheme**, or devices or makes uses any false writing or document knowing the same to contain any false, fictitous, or fraudulent statement or entry. a material fact, or makes any false, fictitious or fraudulent statement or representation,

**Barack Hasan Obama will never have my permission** to violate me with technology, whether it's interigation and or the invasion of my privacy, including sim cards and or chips. I have nothing to hide. I'm sane and I'm innocent. State law 646.9 prohibts stalking and prohibits the use of technology devices. Federal laws prohibits that as well. FBI MISCONDUCT for mass years because someones wrong and it's not me and not my family again **FBI intelligence is flaud** in the worst way. Someone elses mind, trickery, and the violating of **illegal substances to disrupt the senses**. FBI is not God the

motto is live and let live. When people are not criminals leave them alone.

   Your honor I love my family, I am not suing them. I don't want them harmed anymore. I recently saw my parents and there not doing well because of technology. I love my children so much. I'm not perfect. I have tried to get protective orders for years. To not be a victim of technology. I'm not a criminal. I'm not in debt to or accountable to a another person. I have soundness of mind. I'm a christian. All humans are accountable to God through the Christ and that is my solid solid knowladge and absolute belief. I'm not accountable to a person violating me behind my back through a computer with nonstop programming to interupt and disrutp my life it's illegal. Your Honor please don't let them turn me into a metal robot. Cyborg, android, Kevin Warwick has all that info.

   I declare under penalty of perjury that this is the truth.

6/1/2012                                    Melanie C Latronica

                                            *Melanie Latronica* (signature)

Melanie C Latronica, Pro Se (moving)
2330 Pleasanthill Rd. # 20/552 College Ave. #B
Pleasanthill, CA 94523/Modesto CA, 95350
(209)531-7005

In The United States District Court
Eastern District of California

| | |
|---|---|
| Melanie C Latronica, Pro Se<br>     Plaintiff<br>  vs.<br><br>Barack Hasan Oboma and<br>Contra Costa County,<br>     Defendants | MOTION: Mandatory protective<br>order and restitution. |

Plaintiff Melanie C Latronica, requests that the court honors her rights that are mandatory and grants her a pertective order and mandatory restitution. Restitution in the amount specified by the Judge.

Date:_____                                    U.S. District Judge

                                        Honorable_____

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)