IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELANIE C. LATRONICA,

      Plaintiff,                                    No. 2:11-cv-1592-KJM-EFB PS

      vs.

BARACK HASAN OBAMA;
CONTRA COSTA COUNTY,

                                            <u>ORDER AND</u>
      Defendants.                         <u>FINDINGS AND RECOMMENDATIONS</u>
_____/

      This case, in which plaintiff is proceeding pro se and in forma pauperis, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 26, 2012, the undersigned dismissed plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), but provided plaintiff thirty days to file an amended complaint. Dckt. No. 3. The order explained that "[f]ailure to timely file an amended complaint [would] result in a recommendation this action be dismissed." *Id.* at 5.

      The deadline has now passed and plaintiff has not filed an amended complaint.

      On July 27, 2012, however, plaintiff requested a hearing. Dckt. No. 4. Plaintiff's request is denied as it sets forth no procedural or substantive basis for a hearing. To the extent plaintiff objects to the recommendation herein, she may file written objections in accordance with the instructions below.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a hearing (Dckt. No. 4) is denied.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice, and that the Clerk be directed to close this case. Fed. R. Civ. P. 41(b); L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 6, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE