1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MELANIE C. LATRONICA,

11          Plaintiff,                    No. 2:11-cv-1592-KJM-EFB PS

12      vs.

13  BARACK HASAN OBAMA;
    CONTRA COSTA COUNTY,
14                                        ORDER AND
         Defendants.                      FINDINGS AND RECOMMENDATIONS
15  _____/

16          This case, in which plaintiff is proceeding pro se and in forma pauperis, is before the

17  undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C.

18  § 636(b)(1).  On June 26, 2012, the undersigned dismissed plaintiff's complaint pursuant to 28

19  U.S.C. § 1915(e)(2), but provided plaintiff thirty days to file an amended complaint.  Dckt. No.

20  3.  The order explained that "[f]ailure to timely file an amended complaint [would] result in a

21  recommendation this action be dismissed."  *Id.* at 5.

22          The deadline has now passed and plaintiff has not filed an amended complaint.

23          On July 27, 2012, however, plaintiff requested a hearing.  Dckt. No. 4.  Plaintiff's request

24  is denied as it sets forth no procedural or substantive basis for a hearing.  To the extent plaintiff

25  objects to the recommendation herein, she may file written objections in accordance with the

26  instructions below.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a hearing (Dckt. No.

2    4) is denied.

3    Further, IT IS HEREBY RECOMMENDED that this action be dismissed without

4    prejudice, and that the Clerk be directed to close this case.  Fed. R. Civ. P. 41(b); L.R. 110.

5    These findings and recommendations are submitted to the United States District Judge

6    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7    after being served with these findings and recommendations, any party may file written

8    objections with the court and serve a copy on all parties.  Such a document should be captioned

9    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

10   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

11   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

12   Dated:  August 6, 2012.

13

14                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26