IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELANIE C. LATRONICA,

      Plaintiff,                        No. 2:12-cv-1592-KJM-EFB PS

    vs.

BARACK HASAN OBAMA;
CONTRA COSTA COUNTY,

      Defendants.                <u>ORDER</u>

       This action, in which plaintiff is proceeding *pro se* and *in forma pauperis*, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On June 26, 2012, the undersigned issued an order dismissing plaintiff's complaint and granting plaintiff thirty days to file an amended complaint. Dckt. No. 3. Plaintiff failed to file an amended complaint as ordered. Instead, on July 27, 2012, plaintiff requested a hearing. Dckt. No. 4. However, because plaintiff's request did not set forth any procedural or substantive basis for a hearing, that request was denied, and the undersigned issued findings and recommendations which recommended that the action be dismissed for failure to prosecute. Dckt. No. 5. On August 27, 2012, the assigned district judge adopted that recommendation, dismissed the action, closed the case, and entered judgment accordingly. Dckt. Nos. 7, 8.

////

1     Notwithstanding that judgment, on July 5, 2013, plaintiff filed a "request to rescind cases
2 due to identity theft and to correct defects" and a request for a hearing.  Dckt. Nos. 12, 13.
3 Plaintiff's recent filings do not constitute proper requests for reconsideration or appeal of the
4 August 27, 2012 order or judgment.  Therefore, the documents will be disregarded.  Plaintiff is
5 advised that the court will disregard and issue no response to any future filings in this closed
6 case.
7     Accordingly, IT IS HEREBY ORDERED that plaintiff's July 5, 2013 filings, Dckt. Nos.
8 12 and 13, are disregarded.
9     SO ORDERED.
10 DATED: July 9, 2013.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE