UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE C. LATRONICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARACK HASAN OBAMA; and<br>CONTRA COSTA COUNTY,<br><br>　　　　　　Defendants. | No.  2:12-cv-1592-KJM-EFB PS<br><br><br>ORDER |

　　　　This action, in which plaintiff is proceeding pro se and in forma pauperis, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On August 27, 2012, the assigned district judge dismissed the action, closed the case, and entered judgment accordingly. ECF Nos. 7, 8. Then, on July 9, 2013, in response to plaintiff's "request to rescind cases due to identity theft and to correct defects" and a request for a hearing, the undersigned issued an order disregarded those filings because they did "not constitute proper requests for reconsideration or appeal of the August 27, 2012 order or judgment."  ECF No. 14.  The order further advised plaintiff that the court would disregard and issue no response to any future filings in this closed case. Id. at 2.

　　　　Nonetheless, on July 17, 2013, plaintiff filed a notice of a request to seal documents, and lodged numerous documents in support thereof. ECF No. 16. Although plaintiff has been admonished that her filings would be disregarded, because the documents were not filed and

1

1 instead were submitted along with a request to seal, the court is issuing an order briefly
2 addressing those documents.  As with plaintiff's previous filings, none of the documents
3 constitute proper requests for reconsideration or appeal of the August 27, 2012 order or judgment.
4 Therefore, the request to seal will be denied and the documents will be returned to plaintiff in
5 accordance with Local Rule 141(e)(1).  Plaintiff is once again admonished that the court will
6 disregard and issue no response to any future filings in this closed case.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 17, 2013 notice of request to seal, ECF No. 16, is denied; and

      2. The Clerk of Court is directed to return to plaintiff the documents that she submitted along with her notice of request to seal.

SO ORDERED.

DATED: July 24, 2013.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE